HRW: USAO 2018R00069

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 JUL 18 PM 4:16

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 18CR386 TDC |
| | * | |
| VON BROWN, | * | (Breaking Into a Post Office, |
| | * | 18 U.S.C. § 2115; Theft of Mail |
| Defendant | * | Matter, 18 U.S.C. § 1708) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Breaking into a Post Office)

The Grand Jury for the District of Maryland charges that:

On or about, November 8, 2017, in the District of Maryland, the defendant,

**VON BROWN,**

did forcibly break into and attempt to break into a post office, with intent to commit larceny in such post office.

18 U.S.C. § 2115

## COUNT TWO
### (Theft of Mail Matter)

The Grand Jury for the District of Maryland further charges that:

On or about, November 8, 2017, in the District of Maryland, the defendant,

**VON BROWN,**

did knowingly steal and attempt to steal packages, from out of any mail and post office.

18 U.S.C. § 1708

Robert K. Hur
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

Date: July 18, 2018